IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 28 PM 2: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| RONNIE THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   01-2718 B/An |
| | ) | |
| A. HART and T. HALE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING HEARING

Before the Court is Plaintiff's Counsel Christopher Campbell's Motion to Withdraw as Attorney of Record filed on November 21, 2005. The United States District Judge J. Daniel Breen referred the matter to the United States District Judge for determination. After consideration, it is **ORDERED** that a hearing shall be held before United States Magistrate Judge S. Thomas Anderson on **WEDNESDAY, JANUARY 4, 2006 at 11:00 A.M.** in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: December 28, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-28-05

107

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 107 in case 2:01-CV-02718 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Hite McLean
LAW OFFICES OF HITE MCLEAN, JR.
2670 Union Avenue Extended
Ste. 1228
Memphis, TN 38112--441

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Ronnie L. Thomas
1660 Bay Meadows Dr.
Florissant, MO 63033

Honorable J. Breen
US DISTRICT COURT