IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| RONNIE THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   01-2718 B/An |
| | ) | |
| A. HART and T. HALE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING HEARING

Before the Court is Plaintiff's Counsel Christopher Campbell's Motion to Withdraw as Attorney of Record filed on November 21, 2005. The United States District Judge J. Daniel Breen referred the matter to the United States District Judge for determination. After consideration, it is **ORDERED** that a hearing shall be held before United States Magistrate Judge S. Thomas Anderson on **WEDNESDAY, JANUARY 4, 2006 at 11:00 A.M.** in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee.

**IT IS SO ORDERED.**

S/ Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: December 22, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-30-05

108

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 108 in case 2:01-CV-02718 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Ronnie L. Thomas
1660 Bay Meadows Dr.
Florissant, MO 63033

Hite McLean
LAW OFFICES OF HITE MCLEAN, JR.
2670 Union Avenue Extended
Ste. 1228
Memphis, TN 38112--441

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT